**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LANCE CARTER,

    Petitioner,

v.                                       Case No. 3:18cv159-LC/CAS

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## **ORDER**

      This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated January 24, 2019 (ECF No. 21), that Respondent's motion to dismiss (ECF No. 19) be granted and the petition for writ of habeas corpus (ECF No. 4), filed pursuant to 28 U.S.C. § 2254, be dismissed. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed.

      Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**1.   The Report and Recommendation (ECF No. 21) is adopted and incorporated by reference in this order.

2.   The Clerk shall enter judgment stating, "Respondent's motion to dismiss (ECF No. 19) is **GRANTED** and the petition for writ of habeas corpus (ECF No. 4) is **DISMISSED**.   Any certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**."

3.   The Clerk shall close the file.

**DONE AND ORDERED** on this 16th day of May, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**